UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT GERARD ALLARD,

      Plaintiff,

v.     Case No: 6:14-cv-1236-EJK

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

## ORDER

This cause comes before the Court on the parties' Joint Motion to Affirm Final Decision (the "Motion"), filed August 9, 2022. (Doc. 28.) Therein, the parties state that Plaintiff "is satisfied with the Commissioner's April 15, 2016, partially favorable decision and does not want to pursue the current appeal any further." (*Id.* at 1.) As such, "both Plaintiff and the Commissioner request that this Court enter judgment affirming the Commissioner's April 15, 2016, decision." (*Id.*) The parties do not provide authority for this Court to affirm the Commissioner based on stipulation. However, the requirements of Rule 41(a)(1)(A)(ii) appear to be met in that both parties have signed the Motion indicating that Plaintiff no longer wishes to pursue the current appeal. (Doc. 28 at 1.)   Therefore, the Court construes the Motion as a "stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).

A stipulation filed pursuant to Rule 41(a)(1)(A)(ii) is self-executing and dismisses the case upon its becoming effective. *Anago Franchising, Inc. v. Shaz, LLC*, 677

F.3d 1272, 1278 (11th Cir. 2012). Pursuant to Rule 41(a)(1)(A)(ii), this action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file. The parties' Joint Motion to Affirm Final Decision (Doc. 28) is **DENIED AS MOOT**.

**DONE** and **ORDERED** in Orlando, Florida on August 9, 2022.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE